FILED IN OPEN COURT,

DATE: 11/13/2025

TIME: 12:29

INITIALS: CAB

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
### for the
### Western District of Tennessee

| | |
|---|---|
| United States of America | ) |
| v. | )   Case No. **2:25-cr-20369-1 SHL** |
| | ) |
| JONATHAN COLLINS | ) |
| *Defendant* | ) |

## WAIVER OF AN INDICTMENT

    I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

    After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:     11/13/2025

                                 *Defendant's signature*

                                   *Signature of defendant's attorney*

Howard B. Ma____

                                   *Printed name of defendant's attorney*

                                 s/ Charmiane G. Claxton

                                   *Judge's signature*

                    CHARMIANE G. CLAXTON, U. S. Magistrate Judge

                           *Judge's printed name and title*